IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILADELPHIA INDEMNITY
INSURANCE CO.,
        Plaintiff,

v.        Case No. 1:19-cv-00225-KG-JFR

SEVEN-BAR NORTH HOMEOWNERS
ASSOCIATION, INC., COMMERCE CENTER/
COMMERCIAL at ENCHANTED HILLS OWNER
ASSOCIATION, INC., LOMAS ENCANTADAS
MASTER ASSOCIATION, INC., GBI LIMITED,
D/B/A DOUBLE R REALTY, EDWIN S. SUMMONS,
and GARY JOHNSON,
        Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon the parties' Stipulated Motion for Dismissal with Prejudice, and the Court having reviewed the pleadings and being otherwise fully advised in the premises, finds that the Stipulated Motion for Dismissal with Prejudice is well-taken and is hereby granted.

**IT IS THEREFORE ORDERED**:

That the above-referenced matter between Plaintiff and Defendants is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Submitted and Approved by:

*/s/ Paul M. Cash*
Gregory D. Steinman
Paul M. Cash
P.O. Box 25467
Albuquerque, NM 87125-5467
(505) 242-2177
gds@madisonlaw.com
pmc@madisonlaw.com
*Attorneys for Plaintiff Philadelphia Indemnity Insurance Company*


*approved via email 11.27.19*
Matthew A. Pullen
CRT Law & Professional Services, LLC
6608 Gulton Court NE
Albuquerque, NM 87109
(505) 445-5330
mpullen@crtlawpro.com
*Attorneys for Seven-Bar North Homeowner's Association*

*approved via email 12.13.19*
Matthew M. Spangler
Alexandra Noel Lopez
Lastrapes Spangler & Pacheco, P.A.
333 Rio Rancho Drive, Suite 401
Rio Rancho, NM 87124
(505) 892-3607
ms@lsplegal.com
nl@lsplegal.com
*Attorneys for Commerce Center/ Commercial at Enchanted Hills Owner Association, Inc. and Lomas Encantadas Master Association, Inc*